# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**NOEL ARNOLD,**

     **Petitioner,**

**v.**                                   **Case No: 5:24-cv-619-WFJ-PRL**

**WARDEN, FCC COLEMAN - LOW,**

     **Respondent.**

_____

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order to Show Cause (Doc. 7) requiring Petitioner to respond by May 30, 2025. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

DONE and ORDERED in Tampa, Florida, of June 18, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Unrepresented Party
Counsel of Record